Jeffrey J. Lowe
**The Lowe Law Firm**
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314.678.3400
Facsimile: 314.678.3401
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*Martha Hallman, et al. v. Pfizer Inc. et al.* (06-0088 CRB)<br><br>*Edward Vitt v. Pfizer Inc, et al.* (06-1900 CRB)<br><br>*Madeline Perkins, et al. v. Pfizer Inc, et al.* (07-1192 CRB)<br><br>*Glenda Barker, et al. v. Pfizer Inc, et al.* (07-3126 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| 1 | DATED: 1/15, 2010 | By: /s/ Jeffrey J. Lowe |
| 2 | | |
| 3 | | The Lowe Law Firm<br>8235 Forsyth Blvd, Suite 1100 |
| 4 | | St. Louis, Missouri 63105<br>Telephone: 314.678.3400<br>Facsimile: 314.678.3401 |
| 5 | | |
| 6 | | *Attorneys for Plaintiffs* |
| 7 | DATED: 1/27, 2010 | By: /s/ |
| 8 | | |
| 9 | | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas |
| 10 | | New York, New York 10020<br>Telephone: 212-335-4500 |
| 11 | | Facsimile: 212-335-4501 |
| 12 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

/s/ Charles R. Breyer
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE